IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOLIE JOHNSON and DEBBIE HELMLY, and STATE OF GEORGIA, *ex rel.* JOLIE JOHNSON and DEBBIE HELMLY, <br><br>Plaintiffs, <br><br>v. <br><br>SPANISH OAKS HOSPICE, INC.; SPANISH OAKS RETREAT, INC.; SPANISH OAKS FOUNDATION, INC.; SPANISH OAKS PROPERTIES, LLC; SPANISH OAKS OF BELLVILLE, LLC; SPANISH OAKS OF BELLVILLE PROPERTIES, LLC; SPANISH OAKS HOSPICE-CLAXTON; SPANISH OAKS RETREAT AND HOSPICE; KEITH MUNGER and DR. ALI R. RAHIMI; <br><br>Defendants. | Civil Action No. 415-143 <br><br>EX PARTE AND UNDER SEAL |

## ORDER

The United States and the State of Georgia ("the Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the Georgia Medicaid False Claims Act, O.C.G.A. § 49-4-168.2(c)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730 (c)(3) and O.C.G.A. § 49-4-168.2(f). The Government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this Court shall be sent to the Government; and

7. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, except by voluntary dismissal without prejudice by the relator—to which the Government has already consented—the Court will solicit the written consent of the Government before ruling or granting its approval.

*[signature]*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Dated: 02/03/2017

2