IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOLIE JOHNSON and DEBBIE HELMLY, and THE STATE OF GEORGIA ex rel. JOLIE JOHNSON and DEBBIE HELMLY, <br><br> Plaintiffs, <br><br> v. <br><br> SPANISH OAKS HOSPICE, INC.; SPANISH OAKS RETREAT, INC.; SPANISH OAKS FOUNDATION, INC.; SPANISH OAKS PROPERTIES, LLC; SPANISH OAKS OF BELLVILLE, LLC; SPANISH OAKS OF BELLVILLE PROPERTIES, LLC; SPANISH OAKS HOSPICE-CLAXTON; SPANISH OAKS RETREAT AND HOSPICE; KEITH MUNGER; and DR. ALI R. RAHIMI; <br><br> Defendants. | CASE NO. CV416-143 |

## O R D E R

Before the Court are Defendants Keith Munger and Spanish Oaks Entities' Motion to Dismiss (Doc. 29), and Defendant Ali R. Rahimi's Motion to Dismiss (Doc. 35). The parties have advised the Magistrate Judge that they are currently finalizing an agreement to settle this case. (Doc. 83.) Accordingly, the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** Defendants' Motions to Dismiss. These motions **SHALL** remain administratively terminated for

a period of only sixty days from the date of this order. Should the parties fail to resolve this dispute and dismiss this case within that time, Defendants' Motions to Dismiss will be automatically reopened.

SO ORDERED this 29th day of March 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA