FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY -4 PM 4:37
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA ex rel. )
JOLIE JOHNSON and DEBBIE HELMLY, )
and THE STATE OF GEORGIA ex rel. )
JOLIE JOHNSON and DEBBIE HELMLY, )
)
Plaintiffs, )
)
v. )
) CASE NO. CV415-143
SPANISH OAKS HOSPICE, INC.; )
SPANISH OAKS RETREAT, INC.; and )
KEITH MUNGER; )
)
Defendants. )
)

## ORDER

Before the Court is the parties' Joint Motion to Administratively Close the Action. (Doc. 86.) In this motion, the parties have informed the Court that they have agreed to resolve this dispute. (Id. ¶ 5.) The parties request that the Court administratively terminate this case while Defendants fully perform their obligations according to the terms of the settlement agreement. (Id.) After careful consideration, the parties' motion is **GRANTED**. The Clerk of Court is **DIRECTED** to administratively terminate this case until **September 1, 2019**. If Defendants fail to complete their obligations by that date, the Clerk of Court shall reopen this case.

SO ORDERED this 4th day of May 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA